UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:17-cv-80633-MIDDLEBROOKS

SANDY SZYMONOWICZ,

      Plaintiff,

v.

GENESIS FINANCIAL
SOLUTIONS, INC.,

      Defendant.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

THIS CAUSE comes before the Court on the Parties' Joint Stipulation Staying and Referring Case to Arbitration ("Stipulation"), filed on July 13, 2017. (DE 17). In the Stipulation, the Parties agree to submit their dispute to binding arbitration and request that the Court refer this matter to arbitration and stay all proceedings in the interim. Accordingly, it is hereby **ORDERED and ADJUDGED** that this matter is **REFERRED TO ARBITRATION** and that the case is **STAYED** in this Court pending arbitration. The Parties shall file a status report within 15 days of the conclusion of the arbitration proceedings. Further, the Clerk of Court shall administratively **CLOSE this CASE**.

**DONE AND ORDERED** in Chambers, at West Palm Beach, Florida, this 17 day of July, 2017.

                                                      DONALD M. MIDDLEBROOKS
                                                      UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record